**Electronically Filed**
**Supreme Court**
**SCWC-12-0001121**
**02-JUN-2017**
**01:35 PM**

SCWC-12-0001121

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

RAYMOND S. DAVIS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001121; CASE NO. 1DTA-12-01623)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Defendant-Appellant
Raymond S. Davis's motion for reconsideration, filed on May 25,
2017, the papers in support thereof, and the records and files
herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, June 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

